**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ROTH, DANIEL P. § | Case No. 16-15606-ABG |
| ROTH, BARBARA J. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $706,566.00                     Assets Exempt: $48,782.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $11,650.03         Claims Discharged
>                                                    Without Payment: $220,956.34
>
> Total Expenses of Administration: $2,276.97

3) Total gross receipts of $   13,927.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $13,927.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $591,318.79 | $591,318.79 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,276.97 | 2,276.97 | 2,276.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 232,606.37 | 232,606.37 | 11,650.03 |
| **TOTAL DISBURSEMENTS** | $0.00 | $826,202.13 | $826,202.13 | $13,927.00 |

4) This case was originally filed under Chapter 7 on May 06, 2016. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2017          By: /s/JOHN E. GIERUM
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Roth Corporation d/b/a Almost In Florida [Liabil | 1129-000 | 3,000.00 |
| Roth Corporation (Debtor's corporation owes Debt | 1129-000 | 1,000.00 |
| 2015 Income Tax Refund: Federal | 1224-000 | 7,858.00 |
| 2015 Tax refund State | 1224-000 | 2,069.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,927.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FirstMerit Bank, now part of the Huntington | 4210-000 | N/A | 141,318.79 | 141,318.79 | 0.00 |
| 4S | Wintrust Mortgage | 4110-000 | N/A | 450,000.00 | 450,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$591,318.79** | **$591,318.79** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 2,142.70 | 2,142.70 | 2,142.70 |
| Trustee Expenses - JOHN E. GIERUM | 2200-000 | N/A | 2.30 | 2.30 | 2.30 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.48 | 4.48 | 4.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.23 | 14.23 | 14.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.21 | 14.21 | 14.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.72 | 13.72 | 13.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.12 | 15.12 | 15.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.15 | 14.15 | 14.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.11 | 15.11 | 15.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.20 | 13.20 | 13.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.59 | 14.59 | 14.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.16 | 13.16 | 13.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,276.97 | $2,276.97 | $2,276.97 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Bank, NA | 7100-000 | N/A | 18,227.77 | 18,227.77 | 912.94 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 37,995.86 | 37,995.86 | 1,903.01 |
| 4U | Wintrust Mortgage | 7100-000 | N/A | 176,382.74 | 176,382.74 | 8,834.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $232,606.37 | $232,606.37 | $11,650.03 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-15606-ABG  
**Case Name:** ROTH, DANIEL P.  
ROTH, BARBARA J.  
**Period Ending:** 09/13/17

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 05/06/16 (f)  
**§341(a) Meeting Date:** 06/24/16  
**Claims Bar Date:** 09/28/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2361 West Steeple Chase Circle, Libertyville, IL  Imported from original petition Doc# 1 | 550,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking #2011: North Shore Community Bank & Tru  Imported from Amended Doc#: 17 | 645.00 | 0.00 | | 0.00 | FA |
| 3  Deposits of money: Checking #3865 Chase Bank (u)  Imported from Amended Doc#: 17 | 342.00 | 0.00 | | 0.00 | FA |
| 4  [Couches, Chairs, Televisions and DVD Players (u)  Imported from Amended Doc#: 17 | 1,800.00 | 1,550.00 | | 0.00 | FA |
| 5  Bedroom Sets, Washer and Diyer (u)  Imported from Amended Doc#: 17 | 1,300.00 | 1,150.00 | | 0.00 | FA |
| 6  Diningroom Set, Kitchen Table and Chairs  Imported from Amended Doc#: 17 | 900.00 | 750.00 | | 0.00 | FA |
| 7  [Refrigerator and Dishwasher (u)  Imported from Amended Doc#: 17 | 300.00 | 150.00 | | 0.00 | FA |
| 8  Clothes (u)  Imported from Amended Doc#: 17 | 500.00 | 0.00 | | 0.00 | FA |
| 9  Furs  Imported from Amended Doc#: 17 | 100.00 | 100.00 | | 0.00 | FA |
| 10  Jewelry  Imported from Amended Doc#: 17 | 500.00 | 250.00 | | 0.00 | FA |
| 11  John Alden Life Insurance Company [Cash Surrende  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 12  Kingsway America, Inc. Fidelity In 401 (k): estm (u)  Imported from Amended Doc#: 17 | 7,651.00 | 0.00 | | 0.00 | FA |
| 13  401 (k) Plan: rudential (monthly on retirement) (u)  Imported from Amended Doc#: 17 | 300.00 | 0.00 | | 0.00 | FA |
| 14  IWS Employee Stock Purchase, 100% ownership  Imported from original petition Doc# 1 | 2,400.00 | 2,400.00 | | 0.00 | FA |
| 15  ESPP Employee Stock Plan, 100% ownership (u)  Imported from Amended Doc#: 17 | 5,428.00 | 2,684.00 | | 0.00 | FA |
| 16  Roth Corporation d/b/a Almost In Florida [Liabil  Imported from Amended Doc#: 17 | Unknown | Unknown | | 3,000.00 | FA |

Printed: 09/13/2017 10:41 AM    V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-15606-ABG  
**Case Name:** ROTH, DANIEL P.  
ROTH, BARBARA J.  
**Period Ending:** 09/13/17

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 05/06/16 (f)  
**§341(a) Meeting Date:** 06/24/16  
**Claims Bar Date:** 09/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Roth Corporation (Debtor's corporation owes Debt<br>Imported from original petition Doc# 1 | 199,000.00 | 199,000.00 | | 1,000.00 | FA |
| 18 | Emloyer Reimbursement of Expenses<br>Imported from original petition Doc# 1 | 1,250.00 | 0.00 | | 0.00 | FA |
| 19 | 2015 Income Tax Refund: Federal  (u)<br>Imported from Amended Doc#: 17 | 7,858.00 | 7,858.00 | | 7,858.00 | FA |
| 20 | 2016 Cadillac SRX, 1,000 miles. Entire property<br>Imported from Amended Doc#: 17 | 27,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2013 Mercedes C280, 40,000 miles. Entire propert<br>Imported from Amended Doc#: 17 | 4,050.00 | 0.00 | | 0.00 | FA |
| 22 | 2004 Silverton 35 Motor Yacht. Entire property v<br>Imported from Amended Doc#: 17 | 100,000.00 | 0.00 | | 0.00 | FA |
| 23 | 13. Non-farm animals Examples: Dogs, cats, birds  (u)<br>Imported from Amended Doc#: 17 | 100.00 | 100.00 | | 0.00 | FA |
| 24 | 2015 Tax refund State  (u) | 2,069.00 | 2,069.00 | | 2,069.00 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$915,493.00** | **$218,061.00** | | **$13,927.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Negotiating sale of stock interest back to debtors

negotiating sale of business stock back to debtors or will open market sale

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018        **Current Projected Date Of Final Report (TFR):**   June 1, 2017  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-15606-ABG  
**Case Name:** ROTH, DANIEL P.  
ROTH, BARBARA J.  
**Taxpayer ID #:** **-***4762  
**Period Ending:** 09/13/17

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/16 | {19} | United States Treasury | Tax Refund | 1224-000 | 7,858.00 | | 7,858.00 |
| 07/29/16 | {24} | Treasurer of the State of Illinois | Tax Refund | 1224-000 | 2,069.00 | | 9,927.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 9,912.77 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.21 | 9,898.56 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.72 | 9,884.84 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.12 | 9,869.72 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.15 | 9,855.57 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.11 | 9,840.46 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2017 FOR CASE #16-15606, Bond Premium 02-01-17 to 02-01-18 | 2300-000 | | 4.48 | 9,835.98 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 9,822.78 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.59 | 9,808.19 |
| 04/27/17 | | Daniel Roth | | | 4,000.00 | | 13,808.19 |
| | {17} | | RECEIVABLE 1,000.00 | 1129-000 | | | 13,808.19 |
| | {16} | | 3,000.00 | 1129-000 | | | 13,808.19 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.16 | 13,795.03 |
| 07/26/17 | 102 | U.S. Bank, NA | First and Final Distribution | 7100-000 | | 912.94 | 12,882.09 |
| 07/26/17 | 103 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 1,903.01 | 10,979.08 |
| 07/26/17 | 104 | Wintrust Mortgage | First and Final Distribution | 7100-000 | | 8,834.08 | 2,145.00 |
| 07/26/17 | 105 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,145.00 | 0.00 |
| | | | Dividend paid 100.00% 2,142.70 on $2,142.70; Claim# ; Filed: $2,142.70; Reference: TEE | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 2.30 on $2.30; Claim# ; Filed: $2.30; Reference: TEE EXP | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 13,927.00 | 13,927.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,927.00 | 13,927.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,927.00** | **$13,927.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-15606-ABG  
**Case Name:** ROTH, DANIEL P.  
ROTH, BARBARA J.  
**Taxpayer ID #:** **-***4762  
**Period Ending:** 09/13/17

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******5366** | | 13,927.00 | 13,927.00 | 0.00 |
| | | | | | $13,927.00 | $13,927.00 | $0.00 |

{} Asset reference(s)

Printed: 09/13/2017 10:41 AM    V.13.30